1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCUS C. JOY,

11          Plaintiff,              No. CIV S-09-2652 EFB P

12      vs.

13   MENON, et al.,
                                     ORDER AND
14          Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  On January 4, 2011, the court dismissed plaintiff's complaint for failure to state

18   a cognizable claim.  The dismissal order explained the complaint's deficiencies, gave plaintiff 30

19   days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure

20   to file an amended complaint would result in a recommendation that this action be dismissed for

21   failure to state a claim.

22          The 30-day period has expired and plaintiff has not filed an amended complaint or

23   otherwise responded to the court's order.

24          Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States

25   District Judge to this case.

26   ////

1

1        Further, it is RECOMMENDED that this action be dismissed for failure to state a claim.

2   28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

3        These findings and recommendations are submitted to the United States District Judge

4   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5   after being served with these findings and recommendations, any party may file written

6   objections with the court and serve a copy on all parties.  Such a document should be captioned

7   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8   within the specified time may waive the right to appeal the District Court's order. *Turner v.*

9   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  March 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2